McGREGOR W. SCOTT
United States Attorney
VIRNA L. SANTOS
Assistant U.S. Attorney
Federal Courthouse
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:(559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-MJ-00035 SMS |
| ) | |
| Plaintiff, ) | ORDER DISMISSING CRIMINAL |
| ) | COMPLAINT |
| v. ) | |
| ) | |
| JAMES QUIGLEY BEDWELL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the government's motion filed on July 28, 2006, IT IS HEREBY ORDERED that the criminal complaint against James Quigley Bedwell be dismissed in the interest of justice.

FURTHER ORDERED THAT defendant's warrant is Ordered Recalled.

IT IS SO ORDERED.

**Dated:   August 1, 2006**             /s/ Sandra M. Snyder
icido3                                   UNITED STATES MAGISTRATE JUDGE

1